In the Matter of the Dissolution of the SIMONDS FURNACE
COMPANY.

NASON MANUFACTURING COMPANY, Appellant; LEWIS W.
RAYMOND, as Receiver, Respondent.

*Matter of Simonds Furnace Co.*, 88 App. Div. 614, affirmed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered

November 21, 1903, which affirmed an order of Special Term settling the accounts of the receiver herein.

*Charles De Hart Brower* for appellant.

*Harry S. Sleicher* for respondent.

Order affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.